**Pantaleon Florez, Jr., #10889**
933 S. Kansas Avenue
Topeka, Kansas 66612-1210
(785) 234-6699

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DWIGHT L. ALMOND, III and ) <br> KEVIN C. WEEMS, ) <br>       Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNIFIED SCHOOL DISTRICT #501, ) <br>       Defendant. ) <br> _____ ) | Case No. 07-4064-JAR |

## MOTION FOR ENLARGEMENT OF TIME

**COME NOW,** the plaintiffs, by and through their counsel, Pantaleon Florez, Jr., and move this Court for an order enlarging the time by 15 days, or until April 22, 2008, within which to submit a response to Defendant's Motion to Compel Rule 26a Disclosures. In support of this Motion, counsel states the following for consideration by this Court.

     1.     The plaintiffs deadline to file a response to defendant's Motion to Compel Rule 26a Disclosures and supporting memorandum is April 7, 2008.

     2.     No prior extensions have been sought and granted.

     3.     Counsel has been attempting to finalizing the initial disclosures and working on timely responding to written discovery propounded to Plaintiffs during the time allowed for response.

4.      During the original time allowed fro response Counsel for the Plaintiffs prepared for and argued, **State of Kansas v. Karin J. Morton**, Case No. 06-CR-31, before the Kansas Supreme Court, prepared for and participated in a 10th circuit mediation conference in **Dobbins v. Potter**, Case No. 07-3344 and was out of the office fro March 28 through April 1, 2008 on personal business.

5.      Counsel's participation in numerous State and Municipal Court hearings and trials has further prohibited him from responding to Defendant's Motion to Compel Rule 26a Disclosures and supporting memorandum.

6.      Defendant's counsel has been contacted regarding this proposed enlargement of time and objects to any extensions.

7.      This enlargement of time will in no way prejudice this matter.

8.      Interests of justice will best be served by this Court granting this Motion for Enlargement of Time.

**WHEREFORE** the plaintiffs, respectfully request this Court issue an order enlarging the time within which to file her response to defendant's Motion to Compel Rule 26a Disclosures and supporting memorandum by 15 days, or until April 22, 2008.

Respectfully submitted,

 /s/Pantaleon Florez, Jr.
Pantaleon Florez, Jr. #10889
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on April 7, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Patricia E. Riley, Weathers & Riley, 4848 SW 21st Street, Ste. 202, Topeka, KS 66604-4415

                                                 s/Pantaleon Florez, Jr.
                                                 Pantaleon Florez, Jr., #10889
                                                 Attorney for Plaintiffs